Douglas N. Silverstein, Esq. (SBN 181957)
Michael G. Jacob, Esq. (SBN 229939)
KESLUK, SILVERSTEIN, JACOB & MORRISON, P.C.
9255 Sunset Blvd., Suite 411
Los Angeles, CA 90069-3309
Telephone:  (310) 273-3180
Facsimile:   (310) 273-6137
dsilverstein@californialaborlawattorney.com
mjacob@californialaborlawattorney.com

Attorneys for Plaintiff CHERIE WALLIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE WALLIS, an individual,<br>Plaintiff,<br>v.<br>AUTOZONE, INC. a Nevada Corporation, And DOES 1 through 60, inclusive,<br>Defendants. | CASE NO. 2:20-CV-01334-TLN-DMC<br>**ORDER RE STIPULATION**<br>Date: October 1, 2020<br>Time: 2:00 p.m.<br>Ctrm: 2<br>Hon. Troy L. Nunley |

TO THE COURT CLERK, ALL PARTIES AND ALL ATTORNEYS OF RECORD:

Pursuant to, and after considering the stipulation of Plaintiff Cherie Wallis and Autozone, Inc. (collectively "the parties"), the Court Orders as follows:

1. Subject to applicable law and the conditions below, the arbitration will proceed in accordance with the Autozone Dispute Resolution Agreement submitted by Defendant with its Motion to Compel Arbitration in the Vollmert Declaration ¶3, Exh. A.

2. Defendant will pay all arbitration fees and costs (including arbitrator fees and any forum fees) beyond the filing fee that plaintiff would otherwise pay for initiating a civil complaint.

3. In the arbitration, the Federal Rules of Civil Procedure will govern discovery;

4. The Motion to Compel Arbitration (Doc 7) is deemed off calendar and Case No. 2:20-CV-01334-TLN-DMC is Ordered dismissed without prejudice.

5. The Court will retain jurisdiction to assist the parties in appointment of an arbitrator in the event they are unable to agree as to an Arbitrator and/or enter a judgment regarding the arbitration.

IT IS SO ORDERED.

Dated: September 14, 2020

UNITED STATES DISTRICT JUDGE